IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

WHITNEY KOHL, JOHN GUNTER,
JR., JOAN GRACE HARLEY, and
CHRIS SEVIER                                                              PLAINTIFFS

v.                          Case No. 4:17-cv-00598-KGB

ASA HUTCHINSON, in his official capacity,
LESLIE RUTLEDGE, in her official capacity,
and MARGARET DARTER, in her official capacity                             DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiffs Whitney Kohl, John Gunter, Jr., Joan Grace Harley, and Chris Sevier's claims are dismissed without prejudice.

So adjudged this 7th day of September, 2018.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge